# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2009

Rehearing No. 555

135028

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

HATTIE MOORE and JAMES MOORE,
     Plaintiffs-Appellees,

v

SECURA INSURANCE,
     Defendant-Appellant.

SC: 135028
COA: 267191
Genesee CC: 01-071881-NF
          02-073203-NF

_____/

     In this case, a motion for rehearing is considered and, on order of the Court, it is DENIED, there being no majority in favor of granting rehearing.

     KELLY, C.J., and WEAVER and HATHAWAY, JJ., would grant rehearing.

     CAVANAGH, J., not participating due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2009

_____
Clerk